RECEIVED
IN LAKE CHARLES, LA

FEB 23 2006

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEANNA PULVER | * | CIVIL ACTION NO.: 2:06-cv-0002 |
| VS. | * | Judge: JAMES T. TRIMBLE, JR. |
| FFP ADVISORY SERVICES, INC | * | Mag.: ALONZO P. WILSON |

* * * * * * * *

## ORDER

**IT IS HEREBY ORDERED**, that defendant, FFP Advisory Services, Inc., Ex Parte and Unopposed Motion to Remand be and is hereby granted, and the above-captioned matter is remanded to the Fourteenth Judicial District Court for the Parish of Calcasieu, State of Louisiana, for all further proceedings.

Signed this 23rd day of February, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE